1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL PIERRE CRAWFORD,                 Case No. 1:25-cv-00096-KES-CDB (PC)

12              Plaintiff,
                                             ORDER GRANTING PLAINTIFF'S
13        v.                                 MOTION FOR AN EXTENSION OF TIME
                                             TO FILE FIRST AMENDED COMPLAINT
14   B. PHILLIPS, *et al.*,
                                             (Doc. 11)
15              Defendants.
                                             **JANUARY 10, 2026, DEADLINE**
16

17        Plaintiff Darryl Pierre Crawford ("Plaintiff") is a state prisoner proceeding pro se and *in*

18   *forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.

19        **Background**

20        Plaintiff initiated this action with the filing of a complaint against Defendants Warden Brian

21   Phillips and correctional officers B. Phillips, C. Rodriguez, Padilla J. Guzman, and V. Garcia

22   (collectively, "Defendants") on January 22, 2025.  (Doc. 1).  On November 17, 2025, the Court

23   issued its first screening order, finding that Plaintiff adequately pleads in the complaint cognizable

24   claims under the Eighth Amendment for excessive force against correctional officer Defendants

25   Rodriguez, Guzman, and Garcia but fails to state claims (1) against Defendants in their official

26   capacities, (2) against Warden Phillips, (3) under the First Amendment for retaliation, and (4) for

27   injunctive relief.   (Doc. 10 at 12).  Because Plaintiff may be able to cure the deficiencies in his

28   pleading, the Court granted Plaintiff leave to amend his complaint to cure the identified deficiencies

to the extent he is able to do so in good faith.  *Id.*  With its screening order, the Court served on Plaintiff a civil rights complaint form and ordered him within 21 days from service of the order and form (*e.g.*, not later than December 15, 2025) to file either a first amended complaint curing the deficiencies identified by the Court in the order, a notice to stand on his complaint, or in the alternative, a notice of voluntary dismissal if Plaintiff no longer wishes to pursue this action.  *Id*. at 13.

### Plaintiff's Motion for Extension of Time

Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint, filed on December 11, 2025.  (Doc. 11).  Plaintiff requests an extension to January 10, 2026, to file a first amended complaint, representing that he is currently incarcerated at Kern Valley State Prison ("KVSP") and the inclement weather at KVSP prevents the "prison running program" which "has hindered and kept Plaintiff's access to the prison law library to being denied."  *Id.* at 1.

Based on Plaintiff's representation that he needs additional time to access the law library to amend his complaint, the Court finds good cause to grant Plaintiff's motion for an extension of time to file a first amended complaint.  *See* Local Rule 144(c).  Plaintiff will be directed to file by January 10, 2026, either a first amended complaint curing the deficiencies identified in the Court's first screening order (Doc. 10), a notice to stand on his complaint which will prompt the undersigned to recommend dismissal of his claims against Warden Phillips, under the First Amendment for retaliation, and for injunctive relief, and that this action proceed only on his cognizable claims (*i.e*., Eighth Amendment claims for excessive force against correctional officer Defendants Rodriguez, Guzman, and Garcia),  or, if he no longer wishes to pursue this action, a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See* (Doc. 10 at 13).

*Remainder of This Page Intentionally Left Blank*

1

**Conclusion and Order**

2

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHALL FILE by **January 10,**

3 **2026**, either (1) a first amended complaint curing the deficiencies identified from the Court's first

4 screening order (Doc. 10), (2) a notice to stand on his complaint which will prompt the

5 undersigned to recommend dismissal of his claims against Warden Phillips, under the First

6 Amendment for retaliation, and for injunctive relief, and that this action proceed only on his

7 cognizable claims (*i.e.*, Eighth Amendment claims for excessive force against correctional officer

8 Defendants Rodriguez, Guzman, and Garcia), or, (3) if he no longer wishes to pursue this action,

9 a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

10 <u>**Any failure by Plaintiff to timely comply with this order will result in the**</u>

11 <u>**recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to**</u>

12 <u>**state a claim, failure to obey a court order and failure to prosecute.**</u>

13 IT IS SO ORDERED.

14 Dated:  __**December 15, 2025**__                    _____

15                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

3