**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL PIERRE CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. PHILLIPS, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-0096 KES CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S CONSTRUED MOTION FOR INJUNCTIVE RELIEF TO COMPEL TRANSFER OF PLAINTIFF TO ANOTHER PRISON FACILITY<br><br>Docs. 14, 15 |

Darryl Pierre Crawford asserts that he suffered violations of his civil rights while in custody at the California Substance Abuse Treatment Facility. *See generally* Doc. 13. Crawford, who is currently housed at Kern Valley State Prison, requests that the Court order his transfer to another facility. Doc. 14. The magistrate judge construed the requested order as a motion for injunctive relief and found Crawford fails to show he is entitled to the requested relief. Doc. 15 at 2-3. The magistrate judge recommended the request for injunctive relief be denied. *Id.* at 3.

On April 20, 2026, the Court served the findings and recommendations on Crawford and notified him that any objections were due within 14 days. Doc. 15 at 3. The Court advised him that failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Crawford did not file objections, and the time to do so expired.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.    The findings and recommendations issued on April 20, 2026 (Doc. 15), are ADOPTED in full.

2.    Plaintiff's construed motion for injunctive relief to compel his transfer to another prison facility (Doc. 14), is DENIED.

IT IS SO ORDERED.

Dated:    May 14, 2026    

_____
UNITED STATES DISTRICT JUDGE