**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL PIERRE CRAWFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>B. PHILLIPS, et al.,<br><br>        Defendants. | Case No. 1:25-cv-0096 KES CDB (PC)<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S CONSTRUED MOTION FOR INJUNCTIVE RELIEF TO COMPEL TRANSFER OF PLAINTIFF TO ANOTHER PRISON FACILITY<br><br>Docs. 14, 15, 16, 17 |

Darryl Pierre Crawford asserts that he suffered violations of his civil rights while in custody at the California Substance Abuse Treatment Facility. *See generally* Doc. 13. Crawford, who is currently housed at Kern Valley State Prison, requests that the Court order his transfer to another facility. Doc. 14. The magistrate judge construed the requested order as a motion for injunctive relief and found Crawford failed to show he is entitled to the requested relief. Doc. 15 at 2-3. The magistrate judge recommended the request for injunctive relief be denied. *Id.* at 3.

On April 20, 2026, the Court served the findings and recommendations on Crawford and notified him that any objections were due within 14 days of the date of service. Doc. 15 at 3. The Court advised him that failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

On May 18, 2026, the Court received objections to findings and recommendations, which

1

are dated May 7, 2026.  *See* Doc. 17 at 8.  Given the proof of service date, the Court finds the objections are timely.  Crawford asserts that he is disabled and maintains he should be transferred to another facility.  *See id.* at 1-4.  However, as the magistrate judge observed, the requested injunctive relief is unavailable because Crawford "does not have a right to be incarcerated at a particular correctional facility or to be transferred from one facility to another." Doc. 15 at 2 (quoting *Daniel v. Lynch*, 2025 WL 3073838, at *2 (E.D. 2 Cal. Nov. 4, 2025)). Crawford fails to acknowledge this finding or otherwise establish a right to a prison transfer.  He does not show any legal or factual error in the analysis of the magistrate judge.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, including Crawford's objections, the Court concludes that the findings and recommendations remain supported by the record and proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on April 20, 2026 (Doc. 15), are ADOPTED in full.

2.   Plaintiff's construed motion for injunctive relief to compel his transfer to another prison facility (Doc. 14), is DENIED.

IT IS SO ORDERED.

Dated:   June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

2